■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v KEVIN L. ALLEN, Appellant. [26 NYS3d 902]—Writ of error coram

nobis denied. Present—Smith, J.P., Centra, Carni, Lindley and Scudder, JJ.